DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON LAWSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1183

[June 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 15-11925-CF-10A.

Rachael E. Reese of O'Brien Hatfield, P.A., Tampa, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***